IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SONYA LIA VILAR,
f/k/a SONYA LIA SAAVEDRA,

      Plaintiff,

vs.                                                                           No. CIV 14-226 JB/KBM

EQUIFAX INFORMATION SERVICES,
LLC; TRANSUNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
CHASE HOME FINANCE, LLC; LCS
FINANCIAL SERVICES CORP.; RCS
RECOVERY SERVICES, INC.; and
REAL TIME RESOLUTIONS, INC.,

      Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of Plaintiff Sonya Vilar and Defendants Equifax Information Services, LLC, Transunion LLC, Experian Information Solutions, Inc., LCS Financial Services Corp., and Real Time Resolutions, Inc., through their counsel, to dismiss the allegations in Plaintiff's Complaint against said Defendants, and each of them, with prejudice, on the ground that all issues raised in this case have been settled as to these parties, and the Court having fully reviewed the file, it is the determination of the Court that the Stipulated Motion to Dismiss Defendants Equifax Information Services, LLC, Transunion LLC, Experian Information Solutions, Inc., LCS Financial Services Corp., and Real Time Resolutions, Inc., with prejudice, should be GRANTED.

      IT IS SO ORDERED.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

Submitted by:

*LAW OFFICE OF B. KAY SHAFER, P.C.*

By: */s/ B. Kay Shafer*
    B. Kay Shafer
    6303 Indian School Road NE
    Suite 100
    Albuquerque, New Mexico  87110
    (505) 296-3949
    (888) 897-0242 (f)
    bksoffice@earthlink.net

*Attorney for Plaintiff Sonya Lia Vilar*

APPROVED:

WIGGINS, WILLIAMS & WIGGINS

By: */s/Patricia Williams*
    Patricia Williams
    P. O. Box 1308
    Albuquerque, NM  87103-1308
    505-764-8400
    505-764-8585
    pwilliams@wwwlaw.us

KING & SPALDING, LLP

By: */s/Kendall Carter*
    Kendall Carter
    1180 Peachtree St.
    Atlanta, GA  30309
    404-572-2495
    404-572-5100 (f)
    KCarter@KSLAW.com

*Attorneys for Defendant Equifax Information Services, LLC*

BUTT, THORNTON & BAEHR


By: *Rodney L. Schlagel*
    Rodney L. Schlagel
    P. O. Box 3170
    Albuquerque, NM  87190
    505-884-0777
    505-889-8870 (f)
    rlschlagel@btblaw.com

    */s/Bobbie Jo Collins*
    4101 Indian School Rd., SE
    Suite 300 South
    Albuquerque, NN  87190
    505-884-0777
    505-889-8870 (f)
    bjcollins@btblaw.com


STRASBURGER & PRICE, LLP


By: */s/Ginny Webb*
    Ginny Webb
    2801 Network Blvd.
    Suite 600
    Frisco, TX  75034
    469-287-3907
    469-227-6581 (f)
    ginny.webb@strasburger.com

*Attorneys for Defendant Transunion, LLC*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: */s/ Charles J. Vigil*
    Charles J. Vigil
    P. O. Box 1888
    Albuquerque, NM  87103
    505-768-7377
    cvigil@rodey.com

JONES DAY

By: */s/Alexandra Fries*
    Alexandra Fries
    3161 Michelson Drive
    Suite  800
    Irvine, CA  92612-7539
    949-553-7520
    949-553-7539
    afries@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

THOMASON LAW FIRM, P.C.

By: */s/Bryan Wade Thomason*
    Bryan Wade Thomason
    111 Lomas Blvd., NW
    Suite 502
    Albuquerque, NM  87102
    505-265-9630
    bthomason@thomasonlaw.net

*Attorney for LCS Financial Services Corp.*

J. EDWARD HOLLINGTON & ASSOCIATES

By: */s/J. Edward Hollington*
    J. Edward Hollington
    708 Marquette Ave., NW
    Albuquerque, NM  87102
    505-843-9171
    505-843-7027 (f)
    edward708@aol.com

*Attorneys for Defendant Real Time Resolutions, Inc.*